**UNITED STATES COURT OF INTERNATIONAL TRADE**      **FORM  1**

DROPSHIP VENDOR
GROUP,LLC          **Plaintiff,**

   **v.**

**UNITED STATES,**
                        **Defendant.**

**S U M M O N S**

**Court No.**  22-00288

**TO:**    The Attorney General and the Secretary of Homeland Security:

   **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28
U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the
attached schedule).

**/s/ Mario Toscano**
Clerk of the Court

## PROTEST

| | |
|---|---|
| Port(s) of Entry:  New York/Newark | Center (if known):  CPMM |
| Protest Number:  4601-21-129607 | Date Protest Filed:  10/13/2021 |
| Importer:  Dropship Vendor Group, LLC | Date Protest Denied:  8/19/2022 |
| Category of Merchandise: | |

## ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| GV820013730 | 3/14/2020 | 4/21/2021 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Name, Address**,** Telephone Number
and E-mail Address of Plaintiff's Attorney

Christopher Duncan, Esq.
Stein Shostak Shostak Pollack & O'Hara, LLC
865 S. Figueroa Street, Suite 1388
Los Angeles, California 90017
(213) 630-8888
cduncan@steinshostak.com

### CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| | | | | |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:
Dropship Vendor Group, LLC challenges Customs' decision to change of the country of origin of imported furniture from Malaysia to China.

The issue which was common to all such denied protests:

Whether the imported furniture originates from Malaysia.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Christopher Duncan
_____
*Signature of Plaintiff's Attorney*

October 5, 2022
_____
*Date*

## SCHEDULE OF PROTESTS

_____
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| | | | | | | |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)