**UNITED STATES COURT OF INTERNATIONAL TRADE**
BEFORE: UNASSIGNED

| | |
|---|---|
| DROPSHIP VENDOR GROUP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Court No.  22-00288 |

## <u>ORDER</u>

Upon consideration of Plaintiff's Consent Motion for an Extension of Time to Remain on the Customs Case Management Calendar for six (6) months, up to and including Thursday, April 30, 2026, and noting Defendant's consent thereto, and good cause having been shown, it is hereby

**ORDERED** that Plaintiff's Consent Motion is granted; and it is further

**ORDERED** that this action remain on the Court's Customs Case Management Calendar up to, and including, April 30, 2026.

_____
                Judge

Dated: _____
        New York, NY

| |
|---|
| Pursuant to Rule 82(b), the above motion is Granted. <br><br> Dated: October 24, 2025 <br><br> Clerk of the Court <br> By: /s/ Jason Chien <br> Deputy Clerk |