Form 7-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 7**

| |
|---|
| DROPSHIP VENDOR GROUP, LLC <br><br> Plaintiff, <br> v. <br><br> UNITED STATES <br><br> Defendant. |

Court No. 22-00288

**NOTICE OF DISMISSAL**

    **PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the action(s) listed on the attached schedule.


Dated:   4/29/26

_Elon A. Pollack_

Signature of Plaintiff's Attorney

Elon A. Pollack

Attorney for Plaintiff

Stein Shostak Shostak Pollack & O'Hara, LLP

Firm

445 S. Figueroa Street, Suite 2388

Street Address

Los Angeles, CA 90071

City, State and Zip Code

(213) 630-8888

Telephone Number

elon@steinshostak.com

E-mail Address

Form 7-2

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 22-00288 | Dropship Vendor Group, LLC | | GV820013730 |

Order of Dismissal

The actions listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

Clerk, U. S. Court of International Trade

By: _____
Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010; Oct. 23, 2025, eff. Dec. 1, 2025.)