Form 7-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**               **FORM 7**

<table>
<tr><td>

DROPSHIP VENDOR GROUP, LLC


                                    Plaintiff,
                    v.

UNITED STATES


                                    Defendant.

</td><td>

Court No. 22-00288

</td></tr>
</table>

**NOTICE OF DISMISSAL**

  **PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the action(s) listed on the attached schedule.


Dated: 4/29/26


            _Signature of Plaintiff's Attorney_

            Elon A. Pollack
            _Attorney for Plaintiff_

            Stein Shostak Shostak Pollack & O'Hara, LLP
            _Firm_

            445 S. Figueroa Street, Suite 2388
            _Street Address_

            Los Angeles, CA 90071
            _City, State and Zip Code_

            (213) 630-8888
            _Telephone Number_

            elon@steinshostak.com
            _E-mail Address_

Form 7-2

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 22-00288 | Dropship Vendor Group, LLC | | GV820013730 |

Order of Dismissal

The actions listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: April 30, 2026

Clerk, U. S. Court of International Trade

By: /s/ Jason Chien

Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010; Oct. 23, 2025, eff. Dec. 1, 2025.)